**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   NICOLE COX   §   Case No.: 09-08900
          §
          §
          §
          §
Debtor(s) §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/17/2009.

2) This case was confirmed on 06/03/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/24/2012.

5) The case was dismissed on 03/14/2012.

6) Number of months from filing to the last payment: 33

7) Number of months case was pending: 40

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    1,871.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 15,120.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 15,120.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 869.76 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,369.76 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GREATER SUBURBAN ACC | UNSECURED | 14,922.53 | 15,319.30 | 15,319.30 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 800.00 | 1,036.20 | 1,036.20 | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | 10,412.00 | 3,947.00 | 3,947.00 | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 743.57 | 731.80 | 731.80 | .00 | .00 |
| CHILES & ASSOCS | UNSECURED | NA | 2,373.56 | 2,373.56 | .00 | .00 |
| PALLINO RECEIVABLES | UNSECURED | 907.61 | 686.79 | 686.79 | .00 | .00 |
| MCSI/RMI | UNSECURED | NA | 3,750.00 | 3,750.00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 400.00 | 1,344.04 | 1,344.04 | 1,114.76 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 11,000.00 | 11,609.59 | 11,609.59 | 9,629.15 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,500.00 | NA | NA | .00 | .00 |
| A CAR SHOP | UNSECURED | 1,269.30 | NA | NA | .00 | .00 |
| AMERITECH | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER CARD | UNSECURED | 466.34 | NA | NA | .00 | .00 |
| DOLLAR BILLS | UNSECURED | 55.65 | NA | NA | .00 | .00 |
| FIRST PERM | UNSECURED | 530.00 | NA | NA | .00 | .00 |
| DR ALAN L BICKER DDS | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| DUPAGE COUNTY | UNSECURED | 663.00 | NA | NA | .00 | .00 |
| US POSTAL SERVICE | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 371.79 | NA | NA | .00 | .00 |
| AMERILOAN | UNSECURED | 390.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERITECH | UNSECURED | 2,681.00 | NA | NA | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | 1,011.52 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 287.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,235.99 | 1,474.28 | 1,474.28 | .00 | .00 |
| ARGENT HEALTHCARE FI | UNSECURED | 2,071.66 | NA | NA | .00 | .00 |
| ARGENT HEALTHCARE FI | UNSECURED | 827.63 | NA | NA | .00 | .00 |
| ARGENT HEALTHCARE FI | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |
| ARMOR SYSTEMS CORP | OTHER | .00 | NA | NA | .00 | .00 |
| CLERK OF THE CIRCUIT | UNSECURED | 207.40 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,161.91 | 1,359.17 | 1,359.17 | .00 | .00 |
| ILLINOIS DEPT OF HUM | OTHER | .00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | OTHER | .00 | NA | NA | .00 | .00 |
| GATEWAY FINANCIAL | UNSECURED | 5,313.12 | 1,951.61 | 1,951.61 | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | 8.88 | NA | NA | .00 | .00 |
| CAPITAL CROSSING | UNSECURED | 192.50 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 843.20 | 1,139.36 | 1,139.36 | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | 674.49 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 73.04 | NA | NA | .00 | .00 |
| AMERITECH | OTHER | .00 | NA | NA | .00 | .00 |
| ENTERPRISE RENTACAR | OTHER | .00 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | OTHER | .00 | NA | NA | .00 | .00 |
| HEILIG MYERS | UNSECURED | 468.28 | NA | NA | .00 | .00 |
| CHILES & ASSOCS | OTHER | .00 | NA | NA | .00 | .00 |
| SBC/AMERITECH | OTHER | .00 | NA | NA | .00 | .00 |
| FAMILY PLANNING ASSO | OTHER | .00 | NA | NA | .00 | .00 |
| CONTINENTAL FINANCE | UNSECURED | 308.83 | 709.11 | 709.11 | .00 | .00 |
| WALGREENS | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 100.00 | 462.26 | 462.26 | .00 | .00 |
| COLLINS FINANCIAL SE | UNSECURED | 349.64 | 349.64 | 349.64 | .00 | .00 |
| WALGREENS | OTHER | .00 | NA | NA | .00 | .00 |
| GALLANT INSURANCE | UNSECURED | 190.00 | NA | NA | .00 | .00 |
| EAGLE FOOD CENTER LP | UNSECURED | 104.67 | NA | NA | .00 | .00 |
| CROSS CHECK | UNSECURED | 174.24 | NA | NA | .00 | .00 |
| D&B RMS | UNSECURED | 74.15 | NA | NA | .00 | .00 |
| FAST CASH USA INC | OTHER | .00 | NA | NA | .00 | .00 |
| DELTA DENTAL PLAN OF | UNSECURED | 113.00 | NA | NA | .00 | .00 |
| DELUXE PAYMENT PROTE | UNSECURED | 579.77 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST MID AMERICAN B | OTHER | .00 | NA | NA | .00 | .00 |
| DOMINICKS FINER FOOD | UNSECURED | 303.97 | NA | NA | .00 | .00 |
| DUPAGE COUNTY STATES | UNSECURED | 384.08 | NA | NA | .00 | .00 |
| DUPAGE HOUSING AUTHO | UNSECURED | 708.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ENTERPRISE RENT A CA | UNSECURED | 775.00 | NA | NA | .00 | .00 |
| ENTERPRISE RENT A CA | UNSECURED | 755.19 | NA | NA | .00 | .00 |
| STATUS PLUS 339 | UNSECURED | 91.91 | NA | NA | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 1,230.11 | NA | NA | .00 | .00 |
| FCECU | UNSECURED | 435.28 | NA | NA | .00 | .00 |
| ST IL DEPT TRANSPORT | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | 351.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 320.10 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 290.99 | 434.57 | 434.57 | .00 | .00 |
| TCF BANK | OTHER | .00 | NA | NA | .00 | .00 |
| HEALTHCARE FOR WOMEN | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS BELL | UNSECURED | 621.20 | NA | NA | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | 18.47 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 1,136.42 | 184.72 | 184.72 | .00 | .00 |
| IL DEPT OF EMPLOYMEN | UNSECURED | 3,947.00 | NA | NA | .00 | .00 |
| IL TITLE LOANS | UNSECURED | 560.00 | NA | NA | .00 | .00 |
| INSURANCE NATIONAL S | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| MPOWER COMMUNICATION | UNSECURED | 135.43 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 834.11 | NA | NA | .00 | .00 |
| VILLAGE OF MELROSE P | OTHER | .00 | NA | NA | .00 | .00 |
| WALGREENS | OTHER | .00 | NA | NA | .00 | .00 |
| ROYAL LEGACY VISA | UNSECURED | 251.67 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SVC | OTHER | .00 | NA | NA | .00 | .00 |
| K MART | UNSECURED | 99.95 | NA | NA | .00 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | .00 | 9,508.36 | 9,508.36 | .00 | .00 |
| MCI WORLD COM | UNSECURED | 12.83 | NA | NA | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | 376.00 | NA | NA | .00 | .00 |
| MEMORIAL PARK DISTRI | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| DOMINICKS | UNSECURED | 303.97 | NA | NA | .00 | .00 |
| CUB FOODS | UNSECURED | 58.24 | NA | NA | .00 | .00 |
| FINGERHUT/AXSYS NATI | OTHER | .00 | NA | NA | .00 | .00 |
| MCSI/RMI | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF DOWNERS G | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| QVC INC | UNSECURED | 40.62 | NA | NA | .00 | .00 |
| QVC INC | UNSECURED | 40.62 | NA | NA | .00 | .00 |
| EQUIFAX CHECK SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| CROSSINGS | UNSECURED | 57.03 | NA | NA | .00 | .00 |
| PAYLESS SHOES | UNSECURED | 211.04 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| PAYDAY ONE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PAYDAYONE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| HEILIG MEYER | UNSECURED | 595.10 | NA | NA | .00 | .00 |
| UNITED CREDIT NATION | UNSECURED | 294.66 | NA | NA | .00 | .00 |
| GENESIS FINANCIAL SE | UNSECURED | 147.33 | NA | NA | .00 | .00 |
| GREATER SUBURBAN ACC | OTHER | .00 | NA | NA | .00 | .00 |
| CHECK'N GO | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 623.71 | 767.65 | 767.65 | .00 | .00 |
| SBC | UNSECURED | 504.02 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| SHAFFER & ASSOCIATES | UNSECURED | 87.76 | NA | NA | .00 | .00 |
| SHORT TERM LOANS | UNSECURED | 258.75 | NA | NA | .00 | .00 |
| SOUTH SHORE HOSPITAL | UNSECURED | 786.20 | NA | NA | .00 | .00 |
| ST PETER LUTHERAN SC | UNSECURED | 3,500.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 449.00 | NA | NA | .00 | .00 |
| DEL RAY FARMS | UNSECURED | 38.62 | NA | NA | .00 | .00 |
| VCA FRANKLIN PARK AN | UNSECURED | 233.00 | NA | NA | .00 | .00 |
| CASH STORE | UNSECURED | 324.64 | NA | NA | .00 | .00 |
| THE DENTAL COLLECTIO | UNSECURED | 287.00 | NA | NA | .00 | .00 |
| PAYLESS | OTHER | .00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS I | UNSECURED | 435.00 | NA | NA | .00 | .00 |
| UNITED CRED NB | UNSECURED | 457.91 | NA | NA | .00 | .00 |
| UNITES STATES POSTAL | UNSECURED | 74.15 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 398.35 | 215.84 | 215.84 | .00 | .00 |
| MONROE & MAIN | UNSECURED | 331.24 | 230.79 | 230.79 | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| VCA FRANKLIN PK ANIM | UNSECURED | 232.97 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 3,750.00 | NA | NA | .00 | .00 |
| VILLAGE OF MELROSE P | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| VILLAGE OF SCHAUMBUR | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| VILLAGE RADIOLOGY | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| WEST SIDE PATHOLOGY | UNSECURED | 43.80 | NA | NA | .00 | .00 |
| WEST SUBURBAN HEALTH | UNSECURED | 3,427.36 | NA | NA | .00 | .00 |
| WESTLAKE COMMUNITY H | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| WSHMC MEDICAL GROUP | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| ARCCERTEGY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| UNKNOWN . | OTHER | .00 | NA | NA | .00 | .00 |
| UNKNOWN . | OTHER | .00 | NA | NA | .00 | .00 |
| UNKNOWN . | OTHER | .00 | NA | NA | .00 | .00 |
| TOTAL CARD | UNSECURED | NA | 337.71 | 337.71 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 591.16 | 591.16 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 585.93 | 585.93 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

Case 09-08900    Doc 36    Filed 07/02/12    Entered 07/02/12 18:56:30    Desc Main
Document      Page 6 of 7

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIANCEONE RECEIVAB | UNSECURED | NA | 74.15 | 74.15 | .00 | .00 |
| AMERICASH LOANS | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | 311.49 | 311.49 | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | NA | .00 | 6.33 | 6.33 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 3,195.23 | 3,195.23 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Summary of Disbursements to Creditors:** | | | |
| **Secured Payments:** | | | |
|    Mortgage Ongoing | .00 | .00 | .00 |
|    Mortgage Arrearage | .00 | .00 | .00 |
|    Debt Secured by Vehicle | .00 | .00 | .00 |
|    All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | .00 | .00 | .00 |
|    Domestic Support Ongoing | .00 | .00 | .00 |
|    All Other Priority | 12,959.96 | 10,750.24 | .00 |
| **TOTAL PRIORITY:** | 12,959.96 | 10,750.24 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 51,727.68 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,369.76 |
| Disbursements to Creditors | $ | 10,750.24 |
| **TOTAL DISBURSEMENTS:** | $ | 15,120.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/02/2012                           /s/ Tom  Vaughn
                                              Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**